```
Fill in this information to identify your case:

Debtor 1         Francois         Stanislas         Bellon
                 First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name       Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number
(If known)
```

FILED
AUG 1 4 2017
David J. Bradley, Clerk of Court

17-34923

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Kenneth Lo
Creditor's Name

11927 Oak Shadow
Number   Street

Baton Rouge       LA       70818
City              State    ZIP Code

Contact

(225) 810-1786
Contact phone

What is the nature of the claim? Personal Gty of Aff Loan      $ 975,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:                  − $_____
        Unsecured claim                       $_____

**2**

Liang Gao
Creditor's Name

3307 Candlestick Ln
Number   Street

Katy              TX       77494
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Gty on Aff Loan      $ 225,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:                  − $_____
        Unsecured claim                       $_____

Official Form 104        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor 1 **Francois Stanislas Bellon**
First Name   Middle Name   Last Name

Case number (if known) _____

| | | | Unsecured claim |
|---|---|---|---|

**3** William Walker
Creditor's Name

4899 Montrose Blvd Apt 805
Number    Street

Houston           TX    77006
City              State  ZIP Code

Contact

(713) 291-2302
Contact phone

What is the nature of the claim? **Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      – $_____
   Unsecured claim                            $_____

$ 450,000.00

---

**4** Child Support Bureau of Texas
Creditor's Name

PO Box 659791
Number    Street

San Antonio        TX    78265
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Child Support**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      – $_____
   Unsecured claim                            $_____

$ 2,300.00

---

**5** Memorial Hermann Hospital
Creditor's Name

Number    Street

City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Medical Services**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      – $_____
   Unsecured claim                            $_____

$ 4,000.00

---

**6** Kurt Orban Partners
Creditor's Name

111 ANZA Blvd Ste 350
Number    Street

Burlingame         CA    94010
City              State  ZIP Code

Contact

(650) 579-3959
Contact phone

What is the nature of the claim? **Personal Gty on Aff Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      – $_____
   Unsecured claim                            $_____

$ 9,000,000.00

---

**7** Green Bank
Creditor's Name

4000 Greenbriar
Number    Street

Houston           TX    77098
City              State  ZIP Code

Contact

(713) 275-8370
Contact phone

What is the nature of the claim? **Personal Gty on Aff Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:                      – $_____
   Unsecured claim                            $_____

$ 12,000,000.00

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1 __Francois Stanislas Bellon_____     Case number (if known)_____
         First Name   Middle Name      Last Name

**Unsecured claim**

**8** Third Coast Bank
Creditor's Name

1800 West Loop South Ste 100
Number    Street

Houston           TX    77027
City              State  ZIP Code

Contact

(713) 960-1300
Contact phone

What is the nature of the claim? Personal Gty on Aff Loan   $ 6,100,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
            Value of security:           – $_____
            Unsecured claim               $_____

**9**
Creditor's Name

Number    Street

City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
            Value of security:           – $_____
            Unsecured claim               $_____

**10**
Creditor's Name

Number    Street

City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
            Value of security:           – $_____
            Unsecured claim               $_____

**11**
Creditor's Name

Number    Street

City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
            Value of security:           – $_____
            Unsecured claim               $_____

**12**
Creditor's Name

Number    Street

City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
            Value of security:           – $_____
            Unsecured claim               $_____

Debtor 1  **Francois Stanislas Bellon**
        First Name    Middle Name    Last Name

Case number (*if known*)_____

**Unsecured claim**

**13**
Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code _____
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

**14**
Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code _____
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

**15**
Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code _____
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

**16**
Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code _____
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

**17**
Creditor's Name _____
Number _____ Street _____
_____
City _____ State _____ ZIP Code _____
Contact _____
Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim  $_____

Debtor 1    <u>Francois Stanislas Bellon</u>        Case number (if known) _____
      First Name    Middle Name    Last Name

**Unsecured claim**

**18**

Creditor's Name _____
Number    Street _____
_____
City    State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security: − $_____
          Unsecured claim    $_____

**19**

Creditor's Name _____
Number    Street _____
_____
City    State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security: − $_____
          Unsecured claim    $_____

**20**

Creditor's Name _____
Number    Street _____
_____
City    State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security: − $_____
          Unsecured claim    $_____

**Part 2: Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _[signature]_____      ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date <u>08/13/2017</u>            Date _____
     MM / DD / YYYY                      MM / DD / YYYY