IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRANCOIS STANISLAS BELLON, | § | CASE NO. 17-34923-H1-11 |
| | § | |
| Debtor. | § | Judge Marvin Isgur |
| | § | |
| | § | |

## DISCLAIMERS REGARDING DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

     The information contained in the Debtor's schedules and related statements, disclosures, and lists in this Bankruptcy Case (collectively, the "Schedules") represents the information the Debtor has developed to date through his investigation of the assets, liabilities, and affairs of the Debtor. Debtor's continuing review of his pre-petition books and records could yield additional information that would change or expand the information contained in the Schedules.

     Prior to filing these schedules, Debtor was unable to review records which are located in Europe and may contain additional de minimis assets or liabilities of the Debtor. To the extent any assets or liabilities are discovered in these records, Debtor's schedules will be supplemented, as appropriate, to reflect the same. Additionally, Debtor is in the process of engaging an appraiser to provide valuations of assets contained in Debtor's Schedule B. Schedule B will be supplemented to reflect the values once an appraisal has been completed. Furthermore, while every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. **ACCORDINGLY, THE DEBTOR RESERVES THE RIGHT TO AMEND THE SCHEDULES. THE DEBTOR DOES NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

Any failure to designate a claim on the Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission on the part of the Debtor that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected in the Schedules as to amount, liability, or classification, or otherwise subsequently designate any claims to be "contingent," "unliquidated," and/or "disputed."

Further addendums, qualifications, and explanations appear within the Schedules.

**Fill in this information to identify your case:**

Debtor 1: **Francois Stanislas Bellon**

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): **17-34923**

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income                12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. What is your marital and filing status? Check one only.

   ■ Not married. Fill out Column A, lines 2-11.

   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   ☐ Married and your spouse is NOT filing with you. Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 58,927.18 | $ |
| 3. Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. Net income from operating a business, profession, or farm

   |  | Debtor 1 | Debtor 2 |  |  |
   |---|---|---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 |  |  |  |
   | Ordinary and necessary operating expenses | -$ 0.00 |  |  |  |
   | Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. Net income from rental and other real property

   |  | Debtor 1 | Debtor 2 |  |  |
   |---|---|---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 |  |  |  |
   | Ordinary and necessary operating expenses | -$ 0.00 |  |  |  |
   | Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

| Debtor 1 | Francois Stanislas Bellon | Case number (*if known*) | 17-34923 |

|   | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. Interest, dividends, and royalties | $ 0.00 | $ |
| 8. Unemployment compensation | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

|   |   |
|---|---|
| For you | $ 0.00 |
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

|   |   |   |
|---|---|---|
|   | $ | $ |
|   | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.    $ 58,927.18   + $ _____   = $ 58,927.18

Debtor 1   **Francois Stanislas Bellon**                                    Case number (*if known*)   **17-34923**

## Part 2: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X *(signature)*
**Francois Stanislas Bellon**
Signature of Debtor 1

Date   9/22/17
MM / DD / YYYY