UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Francois Stanislas Bellon

Petition Date : 08/14/2017

CASE NUMBER: 17-34923

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF December-2017

All Individual Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|---|
| 1. Chase Bank | 7529 | 1. | BNP Paribas (est. from Euro)* | |
| 2. Chase Bank | 6539 | 2. | | |
| 3. Green Bank* | | 3. | | |
| (attach list if needed) | | | (attach list if needed) | |

**A copy of a reconciled statement should be attached for each and all accounts.**

| $ 0.00 | + | $ 1,635.22 | = | $ 1,635.22 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☑ No ☐

Have any pre-petition liabilities been paid ? Yes ☐ No ☒ If so, explain _____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ☑ No ☐

What is the status of your Plan of Reorganization? **Motion to Compromise filed; otherwise to be determined.**

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| Attorney Name: | Edward L. Rothberg |
|---|---|
| Firm: | Hoover Slovacek LLP |
| Address: | 5051 Westheimer Suite 1200 |
| Address: | |
| City State, Zip: | Houston, TX 77056 |
| Telephone: | 713 977 8585 |

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

Francois Stanislas

**MFR-1**

*Will supplement MFR with additional statements for Green Bank and BNP Paribas upon receipt of details. Will make any supplemental payments to the US Trustee should the disbursements total more than $15,000.

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 08/14/2017

CASE NAME: Francois Stanislas Bellon

CASE NUMBER: 17-34923

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2017 MONTH August | 2017 MONTH September | 2017 MONTH October | 2017 MONTH November | 2017 MONTH December | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 3,725.38 | $ 533.80 | $ 2,309.88 | $ 39.52 | $ 781.86 | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 1,083.33 | | 712.15 | 474.25 | 474.24 | 474.24 | |
| 3. Rents, Royalties, Dividends, Interest | | | | | | | |
| 4. Social Security, Pension, etc. | | | | | | | |
| 5. Other (attach list)   FN1 | | | 3,785.34 | · | 1,300.00 | 1,000.00 | |
| TOTAL RECEIPTS | $ 1,083.33 | $ 0.00 | $ 4,497.49 | $ 474.25 | $ 1,774.24 | $ 1,474.24 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | 2,700.00 | 2,800.00 | | | | | |
| 7. Utilities (electric/gas, water, telephone) | 150.00 | 189.01 | 193.70 | 183.33 | 370.18 | 272.27 | |
| 8. Home Maintenance (repairs and upkeep)  Housekeeping | | | | 590.00 | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 3,300.00 | 202.57 | | 900.00 | | 50.84 | |
| 10. Medical and Dental | 1,000.00 | | | 8.19 | | | |
| 11. Transportation (not including car payment) | 200.00 | | | | | | |
| 12. Recreations, Clubs, and Entertainment | 500.00 | | | 372.34 | 21.72 | 389.93 | |
| 13. Insurance (not included in wages or home mortgage) | | | | | | | |
| 14. Taxes (not included in wages or home mortgage) | | | | | | | |
| 15. Auto Payment | | | | | | | |
| 16. Credit Cards   FN2 | | | 227.71 | 690.75 | 640.00 | 922.18 | |
| 17. Other (attach list)  Child Support | 2,300.00 | | 2,300.00 | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 10,150.00 | $ 3,191.58 | $ 2,721.41 | $ 2,744.61 | $ 1,031.90 | $ 1,635.22 | $ 0.00 |
| 18. PROFESSIONAL FEES | | | | | | | |
| 19. U.S. TRUSTEE FEES | | | | | | | |
| TOTAL DISBURSEMENTS | $ 10,150.00 | $ 3,191.58 | $ 2,721.41 | $ 2,744.61 | $ 1,031.90 | $ 1,635.22 | $ 0.00 |
| 20. NET CASH FLOW | (9,066.67) | (3,191.58) | 1,776.08 | (2,270.36) | 742.34 | (160.98) | 0.00 |
| 21. CASH - END OF MONTH | ($ 9,066.67) | $ 533.80 | $ 2,309.88 | $ 39.52 | $ 781.86 | $ 620.88 | $ 0.00 |

**MFR-2**

Revised 1/31/2014

FN1/FN2:  Receipts and payments made on accounts of Debtor's brother Vladimir Bellon.

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: | Francois Stanislas Bellon          CASE NUMBER: | 17-34923

| POST-PETITION LIABILITIES | 2017 MONTH August | 2017 MONTH September | 2017 MONTH October | 2017 MONTH November | 2017 MONTH December | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

MFR-3

*Revised 1/31/2014*



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2017 through December 29, 2017

Primary Account:                 **7529**

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00213002 DRE 201 219 36417 NNNNNNNNNNN  1 000000000 69 0000

STANISLAS BELLON
2425 MOWERY RD
HOUSTON TX 77045-4801



## We eliminated a fee for sending certain online international wires and updated our Deposit Account Agreement

The following changes were made November 12, 2017:

- There is **no Chase fee** when you use chase.com or the Chase Mobile ® app to send a wire transfer from a checking account to a bank outside of the U.S. in a foreign currency when the transfer amount is the equivalent of USD $5,000 or more. As a reminder, there is never a Chase fee to send a wire from a Chase Private Client Checking account.

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

    - We didn't change how we calculate your Available Balance but we clarified how it's defined. (Definitions)

    - We added language to explain our duty to act in good faith and with reasonable care. (General Account Terms, Section I, Rules Governing your Account)

    - We added language to explain how we would notify you if we ever transferred your account to a different business unit within JPMorgan Chase Bank. (General Account Terms, Section I, Changes to the Agreement)

Please call us at the number on this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
| --- | --- | --- | --- |
| Chase Private Client Checking | 7529 | $781.86 | $620.88 |
| Chase Private Client Savings | 6539 | 0.03 | 0.03 |
| **Total** | | **$781.89** | **$620.91** |

| | | | |
| --- | --- | --- | --- |
| **TOTAL  ASSETS** | | **$781.89** | **$620.91** |

**All Summary Balances** shown are as of December 29, 2017 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



**CHASE PRIVATE CLIENT**

December 01, 2017 through December 29, 2017

Primary Account: **7529**

---

## CHASE PRIVATE CLIENT CHECKING

STANISLAS BELLON

Account Number: 7529

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$781.86** |
| Deposits and Additions | 1,474.24 |
| ATM & Debit Card Withdrawals | -440.77 |
| Electronic Withdrawals | -1,194.45 |
| **Ending Balance** | **$620.88** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $5.82 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$781.86** |
| 12/04 | Citi Autopay    Payment            Tel ID: Citicardap | -364.96 | 416.90 |
| 12/04 | Discover      Payments        PPD ID: | -318.00 | 98.90 |
| 12/04 | Citi Autopay    Payment            Web ID: Citicardap | -191.22 | -92.32 |
| 12/04 | Capital One    Crcardpmt        Web ID: | -48.00 | -140.32 |
| 12/07 | Deposit | **500.00** | 359.68 |
| 12/08 | The Engy Group L Payroll        PPD ID: | **237.12** | 596.80 |
| 12/18 | Card Purchase With Pin  12/18 Heb #630 Houston TX Card 1482 | -10.84 | 585.96 |
| 12/19 | Comcast      Cable            PPD ID: | -73.59 | 512.37 |
| 12/20 | Card Purchase        12/19 Cafe Azur Houston TX Card 1482 | -50.05 | 462.32 |
| 12/20 | ATM Withdrawal      12/20 5020 San Felipe St Houston TX Card 1482 | -40.00 | 422.32 |
| 12/22 | The Engy Group L Payroll        PPD ID: | **237.12** | 659.44 |
| 12/22 | Comcast      Cable            Web ID: 0 | -95.81 | 563.63 |
| 12/26 | Card Purchase        12/21 Kata Robata Houston TX Card 1482 | -334.90 | 228.73 |
| 12/26 | Card Purchase        12/23 C3 - Cibo Express Check Newark NJ Card 1482 | -4.98 | 223.75 |
| 12/26 | Green Mountain E 0271D        PPD ID: | -61.05 | 162.70 |
| 12/26 | Cpenergy Entex  Ent ACH DR        PPD ID: | -41.82 | 120.88 |
| 12/29 | Deposit    1      853 | **500.00** | 620.88 |
| | **Ending Balance** | | **$620.88** |



CHASE PRIVATE CLIENT

December 01, 2017 through December 29, 2017

Primary Account: **7529**

## CHASE PRIVATE CLIENT SAVINGS

STANISLAS BELLON                                    Account Number:          6539



## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.03** |
| **Ending Balance** | **$0.03** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE PRIVATE CLIENT**

December 01, 2017 through December 29, 2017
Primary Account:                          **7529**

This Page Intentionally Left Blank