

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/04/2018

| | | |
|---|---|---|
| **In re:** § | | |
| THE ENGY GROUP, LLC, § | Case No. 17-34848 | |
| § | | |
| Debtor. § | (Chapter 11) | |
| § | | |

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| FRANCOIS STANISLAS BELLON, § | Case No. 17-34923 | |
| § | | |
| Debtor. § | (Chapter 11) | |

### FINAL DECREE CLOSING CASE AND
### ORDER GRANTING BANKRUPTCY DISCHARGE FOR CAUSE

[Relates to Docket No. __]

Came on for consideration the Motion for Entry of Final Decree and Bankruptcy Discharge for Cause filed by Francois Stanislas Bellon, Debtor ("**Bellon**") and the Court having considered the Motion finds that Bellon's Chapter 11 estate has been fully administered and that cause exists to grant Bellon a discharge before completion of all payments called for under his Chapter 11 Plan. Therefore, it is ORDERED that

1.      The Chapter 11 case **of Francois Stanislas Bellon**, the above-named debtor, is **CLOSED as of the date of this Order**.

2.      As of the date of this Order, and except as provided otherwise in this Order, Bellon is granted a discharge of all his pre-petition debts under 11 U.S.C. § 1141(d)(5) for cause with the exception that any amounts still owed to William Vincent Walker, as provided by Bellon's Chapter 11 Plan and the Confirmation Order dated July 18, 2018 (Doc. No. 213), are not discharged by this Order.

3.      This Order and the Plan do not discharge or in any way enjoin the collection of any debt to the United States excepted from discharge under 11 U.S.C. § 523.  For the avoidance of doubt, the Debtor is not discharged of any tax—including penalties and interest thereon—for which he was required and failed to file a return.

4.  William Vincent Walker's release of the Engy Group and related parties is effective as of August 16, 2018.

Signed: October 03, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

{851303/00002/01262887.DOCX 1 }