Case 17-34923   Document 61   Filed in TXSB on 04/11/19   Page 1 of 1



ENTERED
04/12/2019

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE ENGY GROUP, LLC, | § | Case No. 17-34848 |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |
| | § | (Jointly Administered) |
| IN RE: | § | |
| | § | |
| FRANCOIS STANISLAS BELLON, | § | Case No. 17-34923 |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |

## ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 350(b)

This matter came on for consideration upon William Vincent Walker's ("Mr. Walker") Motion to Reopen bankruptcy Case Pursuant to 11 U.S.C. § 350(b) (the "Motion")[1]. The Court, having considered the Motion, having determined that notice of the Motion is sufficient under the circumstances, and good cause appearing therefore, it is hereby

**ORDERED** that Case No. 17-34848 shall be administratively reopened to allow Mr. Walker to file a Motion to Enforce the Chapter 11 Plan and Settlement Agreement.

Signed: April 11, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] Terms not defined in this Order shall have the meanings ascribed to them in the Motion.

6957854v1